# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kelly Glover**
        Plaintiff(s)

vs.                      **CASE NUMBER: 5:18-cv-837 (DNH/MJK)**

**Onondaga County Sheriff's Department,
Onondaga County, Dominick Albanese, Sharon MacDonald**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that Defendants motion for summary judgment is GRANTED; and Plaintiffs amended complaint is DISMISSED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated February 22, 2024.

DATED: February 22, 2024

_John Domurad_
Clerk of Court

s/Kathy Rogers
Deputy Clerk